**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KATHRYN FREEMAN and
DAVID FREEMAN,

     Plaintiffs,                      Case No.:  2:12-cv-15537-GCS-DRG

v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC., a/k/a NEW ENGLAND
COMPOUNDING CENTER,

     Defendant.

_____/

## NOTICE OF STAY BY REASON OF BANKRUPTCY

     The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

                    **BOWMAN AND BROOKE LLP**

               BY:   /s/ David L. Campbell_____
                     DAVID L. CAMPBELL (P66287)
                     CARMEN M. BICKERDT  (P62874)
                     Attorneys for New England Compounding
                      Pharmacy, Inc.
                     41000 Woodward Avenue, Suite 200 East
                     Bloomfield Hills, MI 48304
                     (248) 205-3300
                     david.campbell@bowmanandbrooke.com
                     carmen.bickerdt@bowmanandbrooke.com

**CERTIFICATE OF SERVICE**

I certify that on December 26, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**BOWMAN AND BROOKE LLP**

BY:    /s/ David L. Campbell
DAVID L. CAMPBELL (P66287)
CARMEN M. BICKERDT  (P62874)
Attorneys for New England Compounding
  Pharmacy, Inc.
41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
(248) 205-3300
david.campbell@bowmanandbrooke.com
carmen.bickerdt@bowmanandbrooke.com